JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MINISTER VICTOR MCGEE, MR. BILLY JOE JOHNSON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>T.D. SERVICE COMPANY, INC., et al.,<br><br>　　　　Defendants. | Case No. CV 13-03183 GW (JCx)<br><br>ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO DISMISS AND REQUIRING PLAINTIFFS TO SUBMIT TO PRE-FILING ORDER BEFORE COMMENCING ADDITIONAL ACTION AGAINST FEDERAL DEFENDANTS<br><br>Honorable George H. Wu |

　　　Federal Defendants' Motion to Dismiss, having come on regularly for hearing, and the Court having considered the pleadings, evidence presented, and the memorandum of points and authorities in support thereof,

1   IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED, and that Plaintiffs' action against the Federal Defendants is DISMISSED;

   IT IS FURTHER ORDERED that Plaintiffs Minister Victor McGee and Billy Joe Johnson may not re-file the present claims against the Federal Defendants without first applying for and receiving written authorization from this Federal Court.

   The claims against the remaining Defendants are REMANDED to the Los Angeles County Superior Court for the State of California (SC120144) because this Court determined that the RICO claims do not establish federal question jurisdiction and are no longer claims in the case after the Federal Defendants are dismissed.

DATED: June 26, 2013

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

     /s/
_____
MATTHEW P. LANE
Assistant United States Attorney
Attorneys for Federal Defendants